**E-FILED**
Wednesday, 14 August, 2013 02:18:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-30034 |
| ) | |
| KIEVAN R. WALTERS, III, ) | |
| ) | |
| Defendant. ) | |

OPINION

THIS MATTER is before the Court on the Government's motion for entry of a Preliminary Order of Forfeiture (d/e 18) upon Defendant Kievan R. Walters, III's plea of guilty and pursuant to 18 U.S.C. §2253 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1. The Indictment herein sought forfeiture, pursuant to 18 U.S.C. §2253, of any and all interest the Defendant may have in and to all visual depictions or other matter containing such visual depiction which was produced, transported, shipped, received or possessed as alleged in the

Indictment; and all property, real or personal, used or intended to be used to commit or promote the commission of the offense charged in the Indictment, including but not limited to one (1) Toshiba External Hard Drive, Serial Number 22J850H0SW69 and one (1) USB Flash Drive.

2. On July 23, 2013, the Defendant entered into a written plea agreement with the United States whereby he pled guilty to Count Three of the Indictment (Receipt of Child Pornography), acknowledged that he had used the aforesaid equipment in the commission of the offense, and agreed to the forfeiture of said items.

Accordingly, it is hereby ordered, adjudged, and decreed:

A. All right, title and interest in and to the foregoing property is hereby forfeited to the United States of America, and the United States is hereby authorized to seize said property for disposition in accordance with law subject to the provisions of 18 U.S.C. § 2253.

B. The above mentioned property is to be held by the United States until further order of this Court.

C. Pursuant to 18 U.S.C. § 2253, the United States shall, to the

extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the Government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person, other than the Defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on Gregory Gilmore, Assistant United States Attorney within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.  Publication may consist of posting notice for a period of thirty days on [www.forfeiture.gov](www.forfeiture.gov), an internet site maintained by the U.S. Department of Justice.

    D.  Upon adjudication of all third-party interests, this Court will

enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1).

IT IS SO ORDERED:

ENTER: August 13, 2013

FOR THE COURT:

                                              s/ Sue E. Myerscough
                                              SUE E. MYERSCOUGH
                                         UNITED STATES DISTRICT JUDGE